IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JAMES HAROLD KINGS and | § |
|---|---|
| LESLIE JEANETTE KINGS | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Civil Action No. 3:10-cv-2114-K |
| | § |
| STATE OF TEXAS and DALLAS | § |
| INDEPENDENT SCHOOL DISTRICT | § |
| | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections on February 22, 2010, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.

The objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 1st day of March, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE